1046

No. 00–9553. SANTIAGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9555. LIRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9556. OWEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9557. URRABAZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9559. CARRERA-REYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.